AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN J. PAUL, SR.; and GLORIA BYNES,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:20-cv-4

CHEDDAR'S SCRATCH KITCHEN; and DARDEN RESTAURANT, INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated May 21, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing the Plaintiff's complaint without prejudice. This case stands closed.

Approved by: _____

June 2, 2020  
Date

John E. Triplett, Acting Clerk  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03